**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| **CENTER FOR SOCIAL CHANGE, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.  1:19-cv-00734-JMC |
| **MORGAN PROPERTIES MANAGEMENT COMPANY, LLC,** *et al.*, | * | |
| | * | |
| Defendants. | | |
| | * | |

\*    \*    \*    \*    \*    \*    oo0oo    \*    \*    \*    \*    \*    \*

## DECLARATION OF SHARON KREVOR-WEISBAUM

1.      My name is Sharon Krevor-Weisbaum.  I am a member of the Bar of the Court of Appeals and of this Court.  I am lead counsel for Plaintiff, Center for Social Change, Inc. ("CSC"), in this action.

2.      Prior to filing this action, I attempted to correspond with counsel for Morgan Properties Management Company, LLC ("Morgan Properties") on several occasions in an effort to address Morgan Properties' January 8, 2019 notice of non-renewal ("January 2019 Notice") and to avoid this lawsuit.

3.      On January 22, 2019, shortly after CSC received the January 2019 Notice, I wrote to counsel for Morgan Properties requesting that it reconsider and rescind the notice.  The letter detailed Morgan Properties' prior two inappropriate attempts, once in March 2018 and again in November 2018, to evict CSC from 2403 Bytham Court, Apartment 104, Windsor Mill, MD 21244 (the "Bytham Court Unit")—the unit at issue in the January 2019 Notice.

4.      The letter also reminded Morgan Properties of its obligations under the Fair Housing Act, citing sections 3604(f)(1) and 3602(h) of the Act.

5.      Given that the January 2019 Notice requires CSC to vacate the Bytham Court Unit by March 11, 2019, I requested a response to my letter by January 31, 2019.

6.      Having received no response to my letter, on February 1, 2019, I called Morgan Properties' counsel seeking to discuss its January 2019 Notice.  I did not receive a call back.

7.      I called Morgan Properties' counsel again on March 6, 2019.  I left a voicemail in which I referenced Morgan Properties' counsel's failure to respond to my January 22 letter and February 1 telephone call.  My voicemail included information regarding my client's intent to file this action on March 8, 2019.

8.      To date, I have received no response to my letter or telephone calls.


**I HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

  3/8/2019
_____                    _____
Date                                                              Sharon Krevor-Weisbaum